IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LINH THI MINH TRAN,                                    No. 3:16-cv-00707-AC

          Plaintiff,                                    ORDER

    v.

OFFICER DARRYN J. KUEHL,
OFFICER BENJAMIN J. TOOPS, and
OFFICER RYAN KERSEY,

          Defendants.

HERNÁNDEZ, District Judge:

       Magistrate Judge John Acosta issued a Findings and Recommendation [164] on January

14, 2020, in which he recommends that this Court grant Defendants' motion to dismiss

Plaintiff's Third Amended Complaint. The matter is now before the Court pursuant to 28 U.S.C.

§ 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Plaintiff filed timely objections to the Magistrate Judge's Findings & Recommendation. Pl. Obj., ECF 169. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings and Recommendation [164]. Therefore, Defendants' Motions to Dismiss [145] [146] are GRANTED, and Plaintiff's Third Amended Complaint [139] is dismissed without leave to amend.

IT IS SO ORDERED.


DATED:    November 15, 2020    .


MARCO A. HERNÁNDEZ
United States District Judge